UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

FRANCISCO CEREZO,

Defendant.

**ORDER**

20 Cr. 622 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for February 23, 2021 is adjourned to **March 9, 2021 at 9:00 a.m.**

Upon the application of the Defendant, by and through his counsel, Marisa Cabrera, and with the consent of the Government, the time from February 23, 2021 through March 9, 2021 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).  The ends of justice served by the granting of this continuance outweigh the interests of the public and the Defendant in a speedy trial, because it will provide defense counsel additional time to facilitate a pretrial disposition.

The March 9, 2021 conference will proceed by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court

knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
February 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge