UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -                                          **ORDER**

FRANCISCO CEREZO,                                    20 Cr. 622 (PGG)

                        Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Francisco Cerezo will take place on **September 2, 2021 at 12:00 p.m.**  Any submissions on behalf of the Defendant are due **August 12, 2021**, and any submission by the Government is due on **August 19, 2021**.

        The Probation Department will prepare a presentence investigation report for the Defendant.

Dated:  New York, New York
       May 6, 2021

                          SO ORDERED.

                          _____
                          Paul G. Gardephe
                          United States District Judge