UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

FRANCISCO CEREZO,

Defendant.

**ORDER**

20 Cr. 622 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Francisco Cerezo, previously scheduled for September 2, 2021, is adjourned to **September 8, 2021 at 10:00 a.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 23, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge