UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>FRANCISCO CEREZO,<br><br>Defendant. | **ORDER**<br><br>20 Cr. 622 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The violation of supervised release hearing currently scheduled for April 15, 2024, at 11:30 a.m. is adjourned to **Friday, April 19, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      April 11, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge