# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2024

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

**Re:**   **United States v. Francisco Cerezo**
**20 Cr. 622 (PGG)**

Dear Judge Gardephe:

The parties are writing jointly to request an adjournment of the VOSR conference, which is currently scheduled for April 19, 2024, to accommodate the government's trial schedule.  I have conferred with AUSA Peter Davis as well as Probation Officer Hildery Huffman regarding an adjournment to April 25, 2024 – a date that was suggested with the Court's schedule in mind.  All parties confirmed their availability on that date.  Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.:  (212) 417-8730

cc:    AUSA Peter Davis (by ECF)

**MEMO ENDORSED:**  The violation of supervised release hearing currently scheduled for Friday, April 19, 2024, is adjourned to **Thursday, April 25, 2024, at 10:00 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Date:  April 15, 2024