UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

FRANCISCO CEREZO,

Defendant.

**ORDER**

20 Cr. 622 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The next violation of supervised release hearing in this case will take place on **May 22, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 25, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge