# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2024

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_[signature]_
Paul G. Gardephe, U.S.D.J.

Dated: May 17, 2024

Re: **United States v. Francisco Cerezo**
    **20 Cr. 622 (PGG)**

Dear Judge Gardephe:

The defense is writing to request an adjournment of the VOSR conference, which is currently scheduled for May 22, 2024. Mr. Cerezo's state matter was adjourned to May 28, 2024, at which time the state defense attorney anticipates a resolution in that case. I have conferred with AUSA Peter Davis as well as Probation Officer Hildery Huffman regarding an adjournment to June 10, 2024 at 2pm – a date and time that was suggested with the Court's schedule in mind. All parties confirmed their availability on that date and have no objection to the request for an adjournment. Thank you for your consideration of this request.

Respectfully Submitted,

_[signature]_

Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

cc:   AUSA Peter Davis (by ECF)