**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 3, 2024

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

Re:   **United States v. Francisco Cerezo**
      **20 Cr. 622 (PGG)**

Dear Judge Gardephe:

      The defense is writing to request a one-week adjournment of the VOSR conference, which is currently scheduled for July 8, 2024, due to a conflict in defense counsel's schedule. The government does not object to the request for an adjournment. Thank you for your consideration of this request.

Respectfully Submitted,

Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

cc:   AUSA Peter Davis (by ECF)

**MEMO ENDORSED:** The hearing scheduled for July 8, 2024 is adjourned to **Tuesday, July 15, 2024, at 12:30.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Date:  July 3, 2024