UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

FRANCISCO CEREZO,

Defendant.

**ORDER**

20 Cr. 622 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The hearing scheduled for **Friday, July 19, 2024,** at 10:30 a.m. is adjourned

to **3:30 p.m.** the same day, in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New
York  July 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge