UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

FRANCISCO CEREZO,

Defendant.

**ORDER**

20 Cr. 622 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  In connection with this violation of supervised release proceeding, this Court remanded the Defendant to the MDC on July 26, 2024. At today's hearing, the parties and the Probation Department agreed that the Defendant's release to a Residential Reentry Center is appropriate. Accordingly, this Court's remand order is vacated once a bed becomes available for the Defendant, and the Defendant's conditions of supervised release will be modified at that time to include the following special condition: that he reside at the Residential Reentry Center located at 104 Gold Street, Brooklyn, New York, or a program location within the New York City metropolitan area. The Court requests that a placement at a Residential Reentry Center be expedited to **August 24, 2024**.

  While at the Residential Reentry Center, the Defendant will follow the facility's rules and regulations and the probation officer's instructions regarding the implementation of this court directive. The supervisee's contribution towards the cost of subsistence is waived.

  The Defendant will be restricted to the Residential Reentry Center at all times, except for employment, education, religious services, medical, mental health treatment, substance use treatment, attorney visits, probation appointments, court appearances, court-ordered obligations, child visitation as scheduled by the children's mother, or other activities as

preapproved by the U.S. Probation Officer and the Residential Reentry Center Case Manager. The Defendant must obtain a written pass for any absence from the Residential Reentry Center and provide verifiable proof of the appointments and/or employment. Absent verifiable proof, passes will not be approved.

Dated: New York, New York
      August 12, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge