UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>FRANCISCO CEREZO,<br><br>                 Defendant. | **ORDER**<br><br>20 Cr. 622 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Probation Department has advised this Court that a bed for the Defendant will be available at the Residential Reentry Center located at 104 Gold Street, Brooklyn, New York, on August 23, 2024.

        On **August 23, 2024, at or before 9:00 a.m.,** the United States Marshals Service shall (1) produce Francisco Cerezo, Register Number 17721-509, to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, and (2) release him to the U.S. Probation Office for the Southern District of New York for placement at the Residential Reentry Center located at 104 Gold Street, Brooklyn, New York.

        The Federal Bureau of Prisons Metropolitan Detention Center Brooklyn is directed to release Francisco Cerezo with a supply of his currently prescribed medications for medical and psychiatric conditions: Trazadone Hydrochloride - (1) 50 mg tablet in the morning; and Seroquel - (1) 50 mg tablet at bedtime.

Dated: New York, New York
       August 20, 2024

                                                      SO ORDERED.

                                                      _____
                                                      Paul G. Gardephe
                                                      United States District Judge