| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

September 16, 2024

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

> Re:   **United States v. Francisco Cerezo**
>         **20 Cr. 622 (PGG)**

Dear Judge Gardephe:

      The defense is writing to request an adjournment of the VOSR conference, which is currently scheduled for September 17, 2024, due to a conflict in defense counsel's schedule. The parties have consulted and are available the afternoon of September 26, 2024, assuming the Court's availability. The government does not object to the request for an adjournment. Thank you for your consideration of this request.

Respectfully Submitted,

*/s/ Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

cc:   AUSA Peter Davis (by ECF)

**MEMO ENDORSED:** The Defendant's sentencing scheduled for September 17, 2024, is adjourned to **Tuesday, November 19, 2024 at 3:00 pm.**

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Date: September 16, 2024